IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: RAYMOND MARK LEE, and MELANIE WILSON LEE | Case No. 06-33431-KRH |
| Debtors. | Chapter 13 |

BANK OF MCKENNEY,

                Movant,

v.

RAYMOND MARK LEE, and
MELANIE WILSON LEE,

                Debtors,

and

ROBERT E. HYMAN,

                Trustee,

              Respondents.

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On February 28, 2007, this case came before the Court for hearing on the Motion for Relief from Automatic Stay (the "Motion") filed by Bank of McKenney (the "Bank"). The Bank appeared by its counsel, Neil E. McCullagh, Esq. The Debtors, Raymond Mark Lee and Melanie Wilson Lee (the "Debtors"), did not appear in person or by counsel. Likewise, the Chapter 13 Trustee, Robert E. Hyman, did not appear in person or by counsel.

**Neil E. McCullagh – VSB No. 39027**
**Cantor Arkema, P.C.**
**Bank of America Center**
1111 East Main Street**,** 16th Floor
**Post Office Box 561**
Richmond**,** Virginia 23218-0561
**(804) 644-1400**
**(804) 225-8706 - fax**
*Counsel to Bank of McKenney*

Counsel for the Bank represented to the Court, in relevant part, that the Debtors have not made a payment on the indebtedness secured by the Property (as defined below) since August of 2006 and that the Debtors' proposed Chapter 13 plan does not provide for payments to the Bank while the Debtors attempt to market the Property.

Based upon the parties' representation, and upon mature consideration of the relief requested by the Bank, it is

ADJUGED, ORDERED, and DECREED as follows:

1. The Motion is GRANTED, and the automatic stay of 11 U.S.C. § 362(a) is terminated, with respect to parcel of real property commonly known as 1122 Churchill Avenue, Wilson, N.C. 27893 and described more particularly as follows:

> Being part of Lot 13 and all of 14 in Block B as shown on that plat entitled "Property of Oliver G. Rand – E.B. Jordan" recorded in Plat Book 4, Page 44, Wilson County Registry, reference to which is made for a more perfect description LESS AND EXCEPT THAT PROPERTY CONVEYED IN BOOK 1241, PAGE 536, WILSON COUNTY REGISTRY.

(the "Property")

2. The Clerk shall send copies of this Order to those shown on the attached Mailing List.

ENTER:    /    /

---

Kevin R. Huennekens
United States Bankruptcy Judge

I ask for this:

    /s/ Neil E. McCullagh
Neil E. McCullagh – VSB No. 39027
CANTOR ARKEMA, P.C.
1111 East Main Street, 16th Floor
P.O. Box 561
Richmond, Virginia  23218
(804) 644-1400
Counsel for Movant

## CERTIFICATE OF SERVICE

    I hereby certify that on February 28, 2007, a copy of the foregoing sketch Order was served, by first class mail, postage prepaid, on following parties at the following addresses, which constitutes all necessary parties:

Richard O. Gates, Esq.
P.O. Box 187
Chesterfield, Virginia  23832

Robert E. Hyman, Trustee
P.O. Box 1780
Richmond, VA 23218

                                       /s/ Neil E. McCullagh
                                            Neil E. McCullagh

## Mailing List

Neil E. McCullagh, Esq.
CANTOR ARKEMA, P.C.
1111 East Main Street, 16th Floor
P.O. Box 561
Richmond, Virginia  23218

Richard O. Gates, Esq.
P.O. Box 187
Chesterfield, Virginia  23832

Robert E. Hyman, Trustee
P.O. Box 1780
Richmond, VA 23218